```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
           CASE NO. 09-20673-CR-GRAHAM(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOE SCHMIDT ANDRE,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Palermo on August 2, 2010. A Report and Recommendation was filed on November 18, 2010 recommending payment in the amount of $26,400.60 as to voucher number FLS092553. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of November, 2010.

                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
        Ana Jhones, Esq.
        Lucy Lara, CJA Administrator